UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62793-BLOOM

REGINALD CHATMAN,

    Plaintiff,

v.

DEPUTY WENGERT,

    Defendant.
_____/

## ORDER SCHEDULING TRIAL
## AND ORDER OF INSTRUCTIONS BEFORE CALENDAR CALL

This cause is set for trial during the Court's two-week trial calendar beginning on **October 2, 2017 at 9:00 a.m**. **at the United States Courthouse, 400 North Miami, Avenue, Courtroom 10-2, Miami, Florida**. The parties shall appear before the Court for **calendar call at 1:45 p.m. on Tuesday, September 26, 2017**. In order to allow the parties to properly prepare for trial and ensure an efficient trial schedule, it is **ORDERED AND ADJUDGED** as follows:

    (1)    <u>Neutral Statement of Case and List of Witnesses for Venire Panel</u>

    (A)  By **September 12, 2017**, the parties shall prepare and file a <u>joint</u> concise, neutral statement of the case that can be read to the venire panel prior to voir dire to apprise the panel of the subject matter involved in the case. The joint concise statement shall address the positions of each party to this litigation in a succinct and neutral manner.

    (B) By **September 12, 2017**, the parties shall prepare and file a joint list of all witnesses that will be called at trial. This list shall provide the full name of the witness and succinct identifying information, such as area of residence or employment affiliation, to help the prospective jurors determine whether they recognize a potential witness.

Case No. 14-cv-62793-BLOOM

(2) Voir Dire Questions

The parties shall file any proposed voir dire questions by **September 12, 2017.**

(3) Exhibit Notebooks

If the parties do not plan to use the ELMO to publish exhibits, they shall prepare Exhibit Notebooks. The Exhibit Notebooks shall contain three divisions. The first division shall contain the parties' joint exhibits which both parties intend to use at trial; the second division shall contain Plaintiff's exhibits; and the third division shall contain Defendants' exhibits. Each division shall be clearly and adequately designated (tabbed) and each exhibit appropriately labeled. Any composite exhibits shall include page numbers for each page of the exhibit for ease of reference. A sample Exhibit Notebook is available in Chambers for Counsels' inspection.

At the time of jury selection, the parties shall be required to provide at least thirteen (13) copies of the Exhibit Notebook: one for each of the eight jurors, one for the Court, one for the witness stand, one for the Court Reporter, and one for each of the parties. At the opening of trial, the jurors' Exhibit Notebooks shall contain all exhibits from the three divisions described above to which there are no objections. As to the remaining exhibits to which there are objections, Counsel shall have sufficient tabbed, hole-punched copies of each exhibit to give to the jurors for addition to their Notebooks in the event the exhibit is admitted into evidence. The Notebooks for the Court, witness stand, court reporter and parties should include all exhibits, even those to which there may be objections and an exhibit index for each of the three sections.

(4) Jury Instructions and Verdict Form

Case No. 14-cv-62793-BLOOM

By **September 12, 2017**, the parties shall file and submit to chambers, in Word format, proposed joint jury instructions and verdict forms. Additionally, the parties are instructed to include a notetaking instruction.

    (5) Witness Lists and Exhibit Lists

        (A) Witness Lists: By **September 12, 2017**, the parties shall file revised Witness Lists that include the estimated time for direct and cross-examination of each of the witnesses, taking into account the time necessary for translation.  This list shall include each anticipated impeachment witness.

        (B) Exhibit Lists: By **September 12, 2017**, the parties shall file revised exhibit lists.  Prior to filing the lists, the parties shall meet and confer to resolve as many issues as possible regarding the other's exhibits.   Any remaining objections shall be reflected on the exhibit list identifying the legal basis for the objection.   The parties are instructed to have each exhibit objected to with them at calendar call for review and ruling.

    (6) Demonstrative and Summary Exhibits

If the parties desire to use demonstrative exhibits during trial (including photos, diagrams or time-lines and the like), each such item must be disclosed to the opposing party not later than **September 19, 2017**.   No demonstrative exhibit may be displayed absent prior written agreement between the parties or, absent such agreement, prior approval by the Court.

    (7) Translators

        (A) Exhibits: **One week before calendar call**, the parties shall exchange exhibit translations and attempt to resolve any issues regarding the translations.   If the parties are unable

Case No. 14-cv-62793-BLOOM

to resolve the issues, they shall file a notice with the Court explaining the remaining issues and setting out each sides' proposed resolution to the remaining issues.

(B) At Trial: Prior to calendar call, the parties shall confer and agree on a single translator service for the trial. The parties shall split the cost of the service. The service must be federal court certified and must be able to provide a team of translators for the trial so that translators can switch every 30-40 minutes during the trial.

(8) Opening and Closing Statements

At the Calendar Call, the parties should be prepared to tell the Court how long they each will need for their opening and closing statements.

(9) Stipulated Facts

The parties shall discuss all items not in dispute and file a list of stipulated facts by **September 12, 2017**.

(10) Deposition Filings and Designations

By **September 12, 2017,** the parties shall file all depositions and advise of the deposition portions to be used at trial by designating the page and line of each deposition. Any objections or counter-designations and copies of all depositions to be used shall be filed by **September 15, 2017.**

(11) The Rule Against Witnesses in the Courtroom

Excepting the parties or their designated corporate representative, any witness who may testify in this case is precluded from the courtroom at any time prior to their testimony. Each party shall bring to the Court's attention the appearance of any witness in the courtroom which

Case No. 14-cv-62793-BLOOM

violates this rule.

(12) Copies to Court Reporter

At the commencement of trial, the parties shall provide to the Official Court Reporter copies of: (a) the final witness and exhibit lists; and (b) a list of all names and other proper nouns material to the disposition of the case that are likely to be raised at trial.

(13) Computers and Other Equipment

Parties desiring to utilize laptop computers or other electronic equipment in the courtroom shall file a motion and submit a proposed order granting such use one week prior to the commencement of trial. The motion and proposed order should describe with specificity (1) the equipment, (2) the make and model of the equipment, and (3) the identity of the person who will bring the proposed equipment. A sample order permitting electronic equipment into the courtroom is available for viewing on the Court's website at: http://www.flsd.uscourts.gov. Counsel shall contact the courtroom deputy at least one week prior to trial to discuss any special equipment (video monitor, etc.) that may require special arrangements.

(14) Notice of Settlement

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on Friday, September 29, 2017**.

(15) Exhibits Post-Trial

At the close of all of the evidence, the parties shall provide an index reflecting the admitted exhibits. The parties shall electronically file all exhibits admitted into evidence in their original or, if altered during trial, in their altered state no later than **ten (10) days** following the conclusion

5

Case No. 14-cv-62793-BLOOM

of the trial.

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record