IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62793-BLOOM/Valle

REGINALD CHATMAN,

    Plaintiff

v.

DEPUTY WENGERT,

    Defendant.

_____/

## DEFENDANT'S REVISED EXHIBIT LIST

| PRESIDING JUDGE<br>HONORABLE BETH BLOOM | | | | PLAINTIFF'S ATTORNEYS<br>GARY M. PAPPAS<br>MICHAEL D. SLOAN | | DEFENDANTS' ATTORNEYS<br>RICHARD T. WOULFE<br>BRAD KIMBER | |
|---|---|---|---|---|---|---|---|
| TRIAL DATE<br>10/16/17 | | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PLF. | DEF.<br>NO. | DATE<br>OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBIT | | Objection |
| | 1. | | | | Incident/Investigation Report and Supplement by Deputy Casimiro Navarro | | A; R; H; UP |
| | 2. | | | | Case Supplemental Report by Deputy Scott Popick dated 11/10/14 | | A; R; H; UP |
| | 3. | | | | Case Supplemental Report by Deputy Gerald Wengert dated 11/17/14 | | A; R; H; UP |
| | 4. | | | | Use of Force Report by Deputy Gerald Wengert dated 11/10/14 and attachments | | A; R; H; UP |
| | 5. | | | | Supplemental Report of Deputy Chad Butler | | A; R; H; UP |
| | 6. | | | | Canine Incident Report by Deputy Gerald Wengert dated 11/10/14 | | A; R; H; UP |
| | 7. | | | | Broward Sheriff's Office Communications Division Law<br>Enforcement Division Incident Number: L07141109000845 | | |

## DEFENDANTS' EXHIBIT LIST CONTINUATION

| REGINALD CHATMAN v. WENGERT | | | | | CASE NO: 14-62793-CIV-BLOOM | |
|---|---|---|---|---|---|---|
| PLF | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBIT | Objection |
| | 8. | | | | Broward Sheriff's Office Communications Division – Law Enforcement Division Incident Number: L04141109000799 | |
| | 9. | | | | Broward Sheriff's Office Communications Division – Fire Rescue Incident Number: FTM141110009669 | |
| | 10. | | | | Records from Tamarac Fire Rescue | R, UP (partial) |
| | 11. | | | | Medical records from Florida Medical Center | R, UP (partial) |
| | 12. | | | | Medical records from Armor Correctional Healthcare | R, UP (partial) |
| | 13. | | | | Broward Sheriff's Office Canine Standard Operating Procedures | R; UP (partial) |
| | 14. | | | | Broward Sheriff's Office's Use of Force Policy | R; UP |
| | 15. | | | | Aviation Daily Mission Report | A; R; H; UP |
| | 16. | | | | Statement of Reginald Chatman taken by State Attorney's Office on November 12, 2015 | FRCP 32(c); UP; I |
| | 17. | | | | Broward Sheriff's Office's Internal Affairs Investigation of this matter – PII-15-0150 | A; R; H; UP |
| | 18. | | | | Deputy Casimiro Navarro's PC Affidavit | A; R; H; UP |
| | 19. | | | | FDLE Patrol Canine Team Certification Application | A; R; H; UP |
| | 20. | | | | Patrol Duty Canine Team Proficiency Examination dated August 1, 2013 | A; R; H; UP |
| | 21. | | | | Broward County Sheriff's Office Canine Training Logs for Deputy Gerald Wengert and K9 Diesel | A; R; H; UP |
| | 22. | | | | Photographs of Plaintiff, Reginald Chatman, taken at Florida Medical Center | |
| | 23. | | | | Photographs of Deputy Wengert's K9 partner, Diesel | A; R; H; UP |

| | 24. | | | | ECF. No. [61-1]: 17th Judicial Circuit Disposition Order in the matter of *State of Florida vs. Chatman, Reginald* - Case No.: 14015081CF10A | I; UP |

112977603.2

Date: September 26th, 2017                    Respectfully submitted,

                                                By: */s/ Richard T. Woulfe*
                                                    RICHARD T. WOULFE
                                                    Florida Bar No. 222313
                                                    rtw@bclmr.com
                                                    BRAD KIMBER
                                                    Florida Bar No. 98634
                                                    bjk@bclmr.com
                                                    BILLING, COCHRAN, LYLES, MAURO
                                                        & RAMSEY, P.A.
                                                    515 East Las Olas Boulevard, 6th Floor
                                                    Fort Lauderdale, FL 33301
                                                    Phone: 954-764-7150
                                                    Fax: 954-764-7279
                                                    ***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Richard T. Woulfe*
RICHARD T. WOULFE

*Case Name:* REGINALD CHATMAN v. DEPUTY WENGERT
*CASE NO.:* 0:14-cv-62793-BLOOM/Valle

## SERVICE LIST

Gary M. Pappas, Esq.
Mike Sloan, Esq.
Sylvia H. Walbolt, Esq.
Carlton Fields Jorden Burt, P.A.
100 Southeast 2nd Street
Miami, FL 33131
Telephone: (305)530-0050
Fax: (305)530-0055
gpappas@cfjblaw.com
swalbolt@cfjblaw.com
cpena@cfjblaw.com
mbardelas@cfjblaw.com
miaecf@cfjblaw.com
*By CM/ECF*