# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

REGINALD CHATMAN,  Case No. 0:14-cv-62793-BLOOM/Valle

    Plaintiff,

v.

DEPUTY WENGERT,

    Defendant.

## PLAINTIFF'S REVISED EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| HONORABLE BETH BLOOM | GARY M. PAPPAS<br>MICHAEL D. SLOAN | RICHARD T. WOULFE<br>BRAD KIMBER |
| TRIAL DATE(S)<br>October 16, 2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | | Stipulated Facts Requiring No Proof at Trial as set forth in the Joint Pretrial Stipulation | |
| 2 | | | | | Florida Medical Center Registration Form (redacted)[1]<br>(FMC0004) | NS |
| 3 | | | | | Florida Medical Center Notes (redacted)<br>(FMC0005-FMC0009) | NS |
| 4 | | | | | Florida Medical Center Notes (redacted)<br>(FMC0010-FMC0014) | NS |
| 5 | | | | | Florida Medical Center Discharge Notes (redacted)<br>(FMC0015-FMC0016) | NS |
| 6 | | | | | Florida Medical Center Report (redacted)<br>(FMC0021-FMC0029) | NS |
| 7 | | | | | Medical records from Armor Correctional Healthcare Services (redacted)<br>(Armor 00001-Armor 00154) | NS |

---

[1] Mr. Chatman will be proposing redactions to portions of Exhibits 2 through 7, based on irrelevance and unfair prejudice. Defendant's "non-specific" objection relates to this pending issue as he has not seen the redacted version of the documents.

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION**

| Chatman v. Wengert | | CASE NO.<br>0:14-cv-62793-BLOOM/Valle |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|---|---|---|---|
| 8 | | | | | BSO Communications Division In-House Summary Sheet (CAD) (Wengert-00001-Wengert-00014) | |
| 9 | | | | | BSO Communications Division In-House Summary Sheet (CAD) (Wengert-00015-Wengert-00017) | |
| 10 | | | | | BSO Communications Division In-House Summary Sheet (CAD) (ECF No. 61-16 at 20-22) | |
| 11 | | | | | Photographs of Reginald Chatman at Florida Medical Center (ECF No. 61-13 at 6-14); (Wengert-00038-Wengert-00046); (ECF No. 61-8 at 1-9) | |
| 12 | | | | | Mortality Table | R, I, NS, NPI, NPE |

**EXHIBIT LIST (FOR IMPEACHMENT ONLY)**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|---|---|---|---|
| 13 | | | | | Preliminary Investigative Inquiry | NS |
| 14 | | | | | Incident/Investigation Report and Supplement by Deputy Casimiro Navarro | |
| 15 | | | | | Case Supplemental Report by Deputy Scott Popick, dated 11/10/14 | |
| 16 | | | | | Case Supplemental Report by Deputy Gerald Wengert, dated 11/17/14 | |
| 17 | | | | | Use of Force Report by Deputy Gerald Wengert, dated 11/10/14 and attachments | |
| 18 | | | | | Supplemental Report of Deputy Chad Butler | |
| 19 | | | | | Canine Incident Report by Deputy Gerald Wengert, dated 11/10/14 | |
| 20 | | | | | Broward Sheriff's Office's Internal Affairs Investigation of this matter – PII-15-0150 | |
| 21 | | | | | Deputy Casimiro Navarro's PC Affidavit | |
| 22 | | | | | Broward Sheriff's Office Canine Standard Operating Procedures | |
| 23 | | | | | Broward Sheriff's Office's Use of Force Policy | |
| 24 | | | | | FDLE Patrol Canine Team Certification Application | |
| 25 | | | | | Patrol Duty Canine Team Proficiency Examination dated August 1, 2013 | |

Page 2 of 4 Pages

112972489.1

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION**

| Chatman v. Wengert | CASE NO.<br>0:14-cv-62793-BLOOM/Valle |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|---|---|---|---|
| 26 | | | | | Broward County Sheriff's Office Canine Training Logs for Deputy Gerald Wengert and K9 Diesel | |
| 27 | | | | | Transcript of Deputy Wengert's testimony in State v. Wengert (criminal trial) | A, I, R, UP, NPE, NS; FRCP 32(c); *See Motion in Limine* |

NPE: Not a proper exhibit
NS: Non-specific
NPI: No permanent injury

Dated: September 26, 2017                                 Respectfully submitted,

*/s/ Gary M. Pappas*
Gary M. Pappas (FBN 705853)
GPappas@carltonfields.com
Michael D. Sloan (FBN 104385)
MSloan@carltonfields.com
PPowers@carltonfields.com
SOlit@carltonfields.com
miaecf@cfdom.net
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
*Counsel for Plaintiff Reginald Chatman*

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION**

| Chatman v. Wengert | CASE NO.<br>0:14-cv-62793-BLOOM/Valle |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Gary M. Pappas*
Gary M. Pappas (FBN 705853)