# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

REGINALD CHATMAN,

    Plaintiff,

v.

DEPUTY WENGERT,

    Defendant.

Case No. 0:14-cv-62793-BLOOM/Valle

## EXHIBITS IN EVIDENCE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| HONORABLE BETH BLOOM | GARY M. PAPPAS<br>MICHAEL D. SLOAN | RICHARD T. WOULFE<br>BRAD KIMBER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 23-25, 2017 | Yvette Hernandez | ToniAnn Jacoby |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 2 | | 10/23/17 | | 10/23/17 | Medical records for Reginald Chatman from Florida Medical Center (FMC 0004-29) |
| 3 | | 10/23/17 | | 10/23/17 | Medical records for Reginald Chatman from Armor Correctional Healthcare Services (Armor 00001-154) |
| 4 | | 10/23/17 | | 10/23/17 | BSO Communications Division In-House Summary Sheets for Computer Aided Dispatch (CAD) for Incident Nos. TM-0845, LL-779 and FTM-9669 [ECF No. 61-16, pp. 01-22] |
| 5 | | 10/23/17 | | 10/23/17 | Photographs of Reginald Chatman at Florida Medical Center ; [ECF No. 61-8, pp. 01-9] |
| 6 | | 10/23/17 | | 10/23/17 | Tamarac Fire Rescue records (TFR 0001-2) |
| | 23 | 10/25/17 | | 10/25/17 | Photograph of Deputy Wengert's K9 partner, Diesel |