UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62793-CIV-BLOOM

REGINALD CHATMAN v. FT. LAUDERDALE POLICE DEPARTMENT, et al.

## JURY QUESTIONS AND/OR NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

Are the four felonies for which he has been convicted part of this incident?
What are the four felonies?
Is the misdeamenor conviction related to the shop lifting?

**FOREPERSON'S SIGNATURE:** [signed]

**FOREPERSON'S NAME PRINTED:**

**DATE:** 10/25/2017    **TIME:** 5:20 PM

**COURT'S ANSWER:** All of the evidence has been presented to you. You are to continue to deliberate based upon the evidence presented.

**SIGNED:** [signed]    **DATE:** 10/25/17    **TIME:** 5:30
JUDGE BETH BLOOM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62793-CIV-BLOOM

REGINALD CHATMAN v. FT. LAUDERDALE POLICE DEPARTMENT, et al.

# JURY QUESTIONS AND/OR NOTES TO THE COURT

PLEASE NOTE:  DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

We have a verdict

FOREPERSON'S SIGNATURE: _____

FOREPERSON'S NAME PRINTED: _____

DATE: _____ TIME: _____

COURT'S ANSWER: _____

SIGNED: _____ DATE: _____ TIME: _____
         JUDGE BETH BLOOM