IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62793-BLOOM/Valle

REGINALD CHATMAN,

    Plaintiff

v.

DEPUTY WENGERT,

    Defendant.
    _____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Deputy Wengert intentionally committed acts that violated Mr. Chatman's right to not be subjected to excessive or unreasonable force during an arrest?

    Answer: Yes or No  **NO**

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Deputy Wengert's conduct caused Mr. Chatman's injuries?

    Answer: Yes or No  _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Mr. Chatman should be awarded compensatory damages against Deputy Wengert to compensate Mr. Chatman for physical and emotional injury?

    Answer: Yes or No  _____

       If your answer is Yes, in what amount?     $_____

[[If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.]] (only to be included if nominal damages not sought)

4.    That punitive damages should be assessed against Deputy Wengert?

       Answer: Yes or No _____

       If your answer is Yes, in what amount?     $_____

SO SAY WE ALL

_____
Foreperson (Print name)

_____
Foreperson (Sign name)

DATE: Oct 26/2017